PHILIP L. ROSS, Bar No. 90042
ANGELA J. RAFOTH, Bar No. 241966
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: plross@littler.com
E-mail: ARafoth@littler.com

Attorneys for Defendant
EAGLE MARINE SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Michael C. Dwyer, | Case No. C10-04440 SBA |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE PLAINTIFF'S OVERSIZED AMENDED MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| Eagle Marine Services, LTD, | |
| Defendant. | [Civil Local Rule 7-11] |

Pursuant to Civil Local Rule 7-11, Defendant Eagle Marine Services, Ltd., filed this motion for administrative relief, requesting an order striking Plaintiff Michael Dwyer's oversized Amended Motion to Vacate Arbitration Award.

The Court, having considered the motion, memorandum of points and authorities and evidence proffered in support of Defendant's motion, and having considered the opposition (if any) submitted by Plaintiff, and good cause appearing therefore, the Court hereby grants Defendant's motion and orders as follows:

Plaintiff's "Amended Notice of Motion and Motion To/For Vacate Arbitration Award" (Dkt. No. 10) and all papers in support thereof are hereby stricken from the record without

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[Proposed] Order Granting Defendant's
Motion for Administrative Relief**

**C10-04440 EDL**

prejudice. Further, Plaintiff is instructed that, unless prior approval is sought and received from this Court, any subsequent motions filed with the Court must conform in all respects to applicable procedural rules, including but not limited to the Federal Rules of Civil Procedure and this Court's Civil Local Rules.

**IT IS SO ORDERED.**

Dated: _12/19/10

Hon. Saundra Brown Armstrong
United States District Judge

Firmwide:99001266.1 009400.1157

**[Proposed] Order Granting Defendant's Motion for Administrative Relief**   2.   **C10-04440 EDL**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940