UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL C. DWYER,<br><br>    Plaintiff,<br><br>  vs.<br><br>EAGLE MARINE SERVICES LTD, OAKLAND,<br><br>    Defendant. | Case No: C 10-4440 SBA<br><br>Related to C 10-5734 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying Plaintiff's Motion to Vacate the Arbitration Award and Dismissing Action,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant, Eagle Marine Services, Ltd.

IT IS SO ORDERED.

Dated: June 29, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DWYER et al,

       Plaintiff,

  v.

EAGLE MARINE SERVICES, LTD. et al,

       Defendant.
                                      /

                                                      Case Number: CV10-04440 SBA

                                                       **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael C. Dwyer
10581 Englewood Drive
Oakland, CA 94605

Dated: June 30, 2011
                                                  Richard W. Wieking, Clerk

                                                         By: LISA R CLARK, Deputy Clerk